UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GARCIA JOSE AKA FERNANDO
WITH ATTORNEY AT LAW (PRO BONO),

                Plaintiff,

-against-

DAVID FROM COMMUNITY ACCESS
HOUSING SUPPORTIVE, et al.,

                Defendants.

1:21-CV-0633 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 8, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 8, 2021
           New York, New York

                                            COLLEEN McMAHON
                                           Chief United States District Judge